UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-

SEP 14 2022

GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT (Two Counts) |
| v. | Case No. 3:22-CR-66-DRL-MGG |
| CHRISTOPHER C. MYERS, AKA MIKE HONCHO, AKA MIKE.H0NCH03 | 18 U.S.C. §§ 2251(a) and (e); 2252(a)(4)(B) and (b)(2) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about September 26, 2021, in the Northern District of Indiana,

**CHRISTOPHER C. MYERS, AKA MIKE HONCHO, AKA MIKE.H0NCH03,**

defendant herein, did employ, use, persuade, induce, entice, and coerce and attempt to employ, use, persuade, induce, entice, and coerce any minor, specifically "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about August 11, 2022, in the Northern District of Indiana,

**CHRISTOPHER C. MYERS, AKA MIKE HONCHO,
AKA MIKE.H0NCH03,**

defendant herein, did knowingly possess at least one matter containing a visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct, and at least one visual depiction was of a prepubescent minor and a minor who had not attained 12 years of age engaged in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections § 2252(a)(4)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

1.  The allegations contained in Counts 1 and 2 of the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Section 2253.

2.  Upon conviction of an offense in violation of Title 18, United States Code, Sections 2251 or 2252, alleged in Counts 1 and 2 of the Indictment, the defendant, CHRISTOPHER C. MYERS, AKA MIKE HONCHO, AKA MIKE.H0NCH03, shall forfeit to the United States of America:

    a. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    b. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3.  If any property as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

Dated: September 14, 2022

                              A TRUE BILL:

                              *s/ Foreperson*
                              Grand Jury Foreperson

APPROVED BY:

    CLIFFORD D. JOHNSON
    UNITED STATES ATTORNEY

By:   *s/ John M. Maciejczyk*
       John M. Maciejczyk
       Assistant United States Attorney

4