UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cause No.: 3:22-CR-66 |
| ) | |
| CHRISTOPHER C. MYERS ) | |

**DEFENDANT'S MOTION
TO CONTINUE SENTENCING HEARING**

COMES NOW, the Defendant Christopher C. Myers, Jr. by counsel, Michael J. Tuszynski and respectfully moves the Court to reschedule the sentencing hearing in this matter, which is currently set for July 23, 2015. In support thereof, defendant states:

1. That Defendant has entered a plea of guilty in the above matter and the above matter is currently set for sentencing on July 25, 2023.

2. That in preparation for sentencing and as a supplement to the anticipatged presentence investigation report, Counsel is working to have a psychological examination completed so as to better address the sentencing factors set forth in 18 U.SC. §3553(a).

3. That as Defendant remains in custody, additional time will be needed by the psychologist to complete the evaluation and prepare a report.

4. That counsel is requesting a continuance of thirty (30) to forty-five (45) days.

5. That counsel has discussed the above matter with Assistant United States Attorney John Maciejczyk who has indicated that the government has no objection to continuing the sentencing hearing.

6. That parties waive formal hearing on said motion.

WHEREFORE, Defendant Myers prays Court grant the continuance of the sentencing hearing previously scheduled and for all other just and proper relief in the premise.

> /s/Michael J. Tuszynski
> Michael J. Tuszynski (21415-71)
> Stanley, Tuszynski & Newman
> 110 S. Taylor Street
> South Bend, IN  46601
> Telephone: (574)-288-9447
> Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

john.maciejczykr@usdoj.gov

> /s/Michael J. Tuszynski
> Michael J. Tuszynski